UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN R. DAVIS,<br><br>　　　　　　　Plaintiff,<br>v.<br>UNITEL VOICE, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-00673-JCM-PAL<br><br>**ORDER**<br><br>(IFP App. – ECF No. 1) |

  This matter is before the court on Plaintiff Steven R. Davis' Application to Proceed *In Forma Pauperis* (ECF No. 1). This Application was referred to the undersigned pursuant to 28 U.S.C. § 636(a) and LR IB 1-3 of the Local Rules of Practice.

  Mr. Davis is proceeding in this action *pro se*, which means that he is not represented by an attorney. *See* LSR 2-1. Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $400 filing fee is required to commence a civil action in a federal district court. However, any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* ("IFP"), meaning without prepaying the full $400 filing fee. *See* 28 U.S.C. § 1915(a)(1); LSR 1-1.

  On April 13, 2018, Davis commenced this action by filing a proposed complaint and IFP application. But he subsequently remitted the full $400 filing fee on April 27, 2018. *See* Receipt of Payment (ECF No. 3). The Clerk of the Court therefore filed his Complaint (ECF No. 4) on the court's docket and issued summons. *See* Summons (ECF No. 5). Accordingly, Mr. Davis' request to proceed IFP will be denied as moot, and the court will not conduct a screening of the complaint.

  Accordingly,

/ / /

/ / /

1

| | |
|---|---|
| 1 | **IT IS ORDERED:** |
| 2 | 1. Plaintiff Steven R. Davis' Application to Proceed *In Forma Pauperis* (ECF No. 1) is |
| 3 | **DENIED as moot**. |
| 4 | 2. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Mr. Davis shall have 90 |
| 5 | days from April 27, 2018, to serve the defendants with the summons and complaint. |
| 6 | 3. Mr. Davis shall file a certificate of interested parties as required by LR 7.1-1 of the |
| 7 | Local Rules of Practice on or before **May 21, 2018**. Failure to comply may result in |
| 8 | the issuance of an order to show cause why sanctions should not be imposed. |
| 9 | Dated this 7th day of May, 2018. |

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2