UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

STEVEN R. DAVIS, an individual,
                Plaintiffs,

vs.

UNITEL VOICE, LLC, et al

                Defendants.

Case No.:   2:18-CV-00673-JCM-BNW

**STIPULATION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT CENTURYLINK, INC.'S, RESPONSE TO PLAINTIFF'S SECOND MOTION TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15 (a) (2) AND 15 (c)(1) (B) & (C)**

**(First Request)**

Plaintiff Steven R. Davis, pro se, and CenturyLink Inc. through its undersigned counsel of record, agree that upon the Court's approval, Plaintiff's Reply to Defendant CenturyLink, Inc.'s Response to his Second Motion to Amend, currently due on August 21, 2019, shall be due two weeks from that date, on September 4, 2019, for the reasons set forth below:

1. Defendant CenturyLink Inc. Opposition to Plaintiff's Second Motion to Amend was filed on August 14, 2019.
2. Plaintiff, via email has requested an Extension to September 4, 2019 to file his Reply.
3. Plaintiff is pro se and has limited access to legal resources and needs the additional time to craft his Reply.
4. Attorney Lauren D. Calvert communicated her assent.

1  5. Accordingly, Plaintiff and Defendant, CenturyLink, Inc. agree that, upon the
2     Court's approval, Plaintiff's Reply to Defendant's response to Plaintiff's
3     Second Motion to Amend shall be due on or before September 4, 2019.
4  6. This Stipulation has been entered before the Motion is otherwise due.
5  7. Pursuant to Local Rule 6-1, this is Plaintiff and Defendant's first request for an
6     extension of this deadline.
7  8. The parties seek this extension in good faith and not for purposes of delay.
8  9. No party would be prejudiced by the granting of this stipulated motion for an
9     extension of time.

10     Dated, this the 20th day of August 2019, by the undersigned Plaintiff and counsel
11  for Defendant, CenturyLink, Inc.

12  
    */s/ Steve R. Davis*
13  _____

14  Steve R. Davis, Pro Per
    4038 Velarde Ct.
15  Las Vegas, NV 89120
    (786) 753-1931
16  steverdavis@mail.com

17  
    Messner Reeves, LLP
18  
    /s/Lauren Clavert, Esq.
19  M. CALEB MEYER< ESQ>
    Nevada Bar # 13379
20  LAUREN CALVERT, ESQ.
    Nevada Bar #10534
21  8945 West Russell Road Suite 300
    Las Vegas, NV 89148
22  Attorneys for Defendant, CeenturyLink, Inc.

**IT IS SO ORDERED**

**DATED:** August 22, 2019

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

Stipulation for Extension of Time to Reply to Opposition to Second Motion to Amend

Page 2 of 4

**ORDER**

IT IS SO ORDERED.

Dated:                              , 2019

_____
U.S. District Judge

---

Stipulation for Extension of Time to Reply to Opposition to Second Motion to Amend

**CERTIFICATE OF SERVICE**

I, the undersigned Plaintiff certify that the foregoing was served on the 20th day of August, 2019, via the Court's CM/ECF system, which generated a notice of electronic filing and distributed the foregoing **STIPULATION TO EXTEND TIME BETWEEN THE PLAINTIFF AND DEFENDANT CENTURYLINK, INC.' FOR PLAINTIFF TO REPLY TO CENTURYLINK, INC.'S OPPOSITION TO HIS SECOND MOTION TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15 (a)(2); 15(c)(1)(B) & (C)** and all attachments thereto to all counsel of record to have appeared in the above-titled action:

Joseph R. Ganley
Patricia Lee
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
jganley@hutchlegal.com
plee@hutchlegal.com

Irwin Schwartz
BLA Schwartz, PC
One University Avenue, Suite 302B
Westwood, Massachusetts 02090
ischwartz@blaschwartz.com
Attorneys for Defendant Somos, Inc.

J. Malcolm DeVoy (Nevada Bar No. 11950)
Erica A. Bobak (Nevada Bar No. 13828)
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
ecf@devoylaw.com
Attorneys for Defendant Telecom Management Group, Inc., d/b/a Unitel,

/s/ Steven Davis
Steven R. Davis
4038 Velarde Court
Las Vegas, NV 89120